**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6108**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DAVID CARROLL,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-94-519-A, CA-98-1724-AM)

———————————

Submitted:  May 25, 1999              Decided:  June 2, 1999

———————————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

David Carroll, Appellant Pro Se.  James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Carroll seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Carroll, Nos. CR-94-519-A; CA-98-1724-AM (E.D. Va. Dec. 14, 1998; Jan. 12, 1999).[*] We deny Carroll's motion requesting that the Government be ordered to respond; the appellee is not required to file a responsive brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's orders are marked as "filed" on December 10, 1998, and January 11, 1999, the district court's records show that they were entered on the docket sheet on December 14, 1998, and January 12, 1999, respectively. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the orders were entered on the docket sheet that we take as the effective date of the district court's decisions. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2